AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
| v. | ) |
| Gene A. SCOTT | ) Case No. 2:23-mj-87 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**ORIGINAL**

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 FEB 17 PM 2:03
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

RECEIVED
By P. Ross at 5:02 pm, Feb 08, 2023

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Gene A. SCOTT,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of 18 USC §§ 922(g)(1) and 924(a)(8)

Date: 2/8/2023

_____
Chelsey M. Vascura
United States Magistrate Judge
*Issuing officer's signature*

City and state: COLUMBUS, OHIO

US Magistrate Judge Chelsey M. Vascura
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2-8-23, and the person was arrested on *(date)* 2-10-23
at *(city and state)* Columbus OH

Date: 2-10-23

_____
*Arresting officer's signature*

S Chappell ATF TFO
*Printed name and title*