**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**



| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 2:23CR042 |
| Plaintiff, | JUDGE JUDGE WATSON |
| vs. | **INDICTMENT** |
| **GENE A. SCOTT,** | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Felon in Possession of a Firearm)**

1. On or about February 1, 2023, in the Southern District of Ohio, the defendant, **GENE A. SCOTT**, knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit: a Sears & Roebuck Co. 22 caliber rifle, bearing no serial number, said firearm having been shipped and transported in interstate or foreign commerce.

   **In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

3. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **GENE A. SCOTT**, shall forfeit to the United States, in accordance with 18 U.S.C.

§ 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to:

- One Sears & Roebuck Co. 22 caliber rifle, bearing no serial number; and
- All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL.**

*s/Foreperson*
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ELIZABETH GERAGHTY (0072275)**
**Assistant United States Attorney**