**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**THE UNITED STATES OF AMERICA**

    **v.**

Gene A. Scott

2:23-CR-42
JUDGE WATSON

**CONSENT TO PROCEED ON CONDITIONAL GUILTY PLEA**
**BEFORE A UNITED STATES MAGISTRATE JUDGE**

The defendant understands that he/she has the right to enter a guilty plea in person and before a United

States District Judge.

   **The defendant WAIVES that right and agrees to proceed with a conditional guilty plea before a**
**United States Magistrate Judge, who will make a recommendation to the District Judge.**

**Defendant's Initials:** ___GAS___

   **The defendant UNDERSTANDS that, if the District Judge accepts the guilty plea, the District**
**Judge will decide whether to accept any plea agreement between the Defendant and the United**
**States, will adjudicate defendant guilty, and will impose sentence.**

**Defendant's Initials:** ___GAS___

   **The defendant CONSENTS to a presentence investigation by the United States Probation Office,**
**and to the disclosure of the presentence investigation report to the District Judge, to the attorney**
**for the United States, as well as to the defendant and to the defendant's attorney, so that the**
**District Judge may consider that report at sentencing.**

**Defendant's Initials:** ___GAS___

I have read, or had read to me, the foregoing waiver and consent and fully understand it.

_Per J. S— for Gene Scott_
Defendant   per teleconference permission

_Per J. S—_
Attorney for Defendant   Peter J. Scranton

Date: ___5-4-23___